# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159553

DEBBIE SCHLUSSEL, a/k/a DEBORAH K. SCHLUSSEL,
      Plaintiff-Appellant,

v

                                           SC: 159553
                                           COA: 341202

CITY OF ANN ARBOR,
      Defendant-Appellee.
                                           Washtenaw CC: 17-000838-CZ

_____/

      On order of the Court, the application for leave to appeal the March 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2019



s1010
                                                  Clerk